UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             **INDICTMENT**

AARON WILLIAM FEIN,

    Defendant.
_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about May 17, 2023, in the Western District of Michigan, the defendant, AARON WILLIAM FEIN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock-type firearm manufactured using a Polymer 80 brand PF940V2 kit and Glock-type firearm components, 9 mm, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about May 17, 2023, in the Western District of Michigan, the defendant, AARON WILLIAM FEIN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is, 9mm ammunition and .22 long-rifle ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One and/or Count Two of this Indictment, Defendant AARON WILLIAM FEIN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said

offense, including but not limited to: one Glock-type firearm manufactured using a Polymer 80 brand PF940V2 kit and Glock-type firearm components, 9 mm, and ammunition.

**THIS IS A TRUE BILL**.

[ /s/ Redacted ]
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney
Eastern District of Michigan


SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney
Eastern District of Michigan


*[signature]*
DIANE N. PRINC
Special Assistant United States Attorney
Western District of Michigan

Date:  April 16, 2024